In the Matter of H. E. R. LABORATORIES, INC., et al., Appellants, against RUDOLPH ALLEN, an Attorney, Respondent.

Submitted November 30, 1953; decided January 21, 1954.

*Victor D. Werner* for motion.

*Rudolph Allen* opposed.

Motion denied, with $10 costs and necessary printing disbursements.